1 | MELINDA HAAG (CABN 132612)
United States Attorney
2 | ALEX G. TSE (CABN 152348)
Chief, Civil Division
3 | CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney
4 |
   150 Almaden Blvd., Suite 900
5 |   San Jose, California 95113
   Telephone: (408) 535-5082
6 |   FAX: (408) 535-5081
   claire.cormier@usdoj.gov
7 |
Attorneys for the United States of America
8 |

**Filed**

APR 27 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9 |             UNITED STATES DISTRICT COURT

10 |         NORTHERN DISTRICT OF CALIFORNIA

11 |               SAN JOSE DIVISION

12 | *Wolfgang Peneder v. Andreas Heigl*
DOJ Reference No. 189-30-15-2

13 | REQUEST FROM SWISS COURT FOR
INFORMATION FROM GOOGLE, INC.

CV 15 NO. 80124 MISC. PSG

)
)
)
)
)
)
)
)
)

**UNOPPOSED APPLICATION FOR ORDER
PURSUANT TO TITLE 28 U.S.C. § 1782**

17 |     Pursuant to 28 U.S.C. Section 1782, and the request from the Swiss Court for information from

18 | Google, Inc., the United States of America petitions this Court to sign the accompanying proposed

19 | order. <u>Google, Inc. does not object to the entry of that order.</u>

21 | DATED: April 21 2015

Respectfully submitted,

MELINDA L. HAAG
United States Attorney

By: _____
CLAIRE T. CORMIER
Assistant United States Attorney

APPLICATION FOR ORDER PURSUANT
TO 28 U.S.C. § 1782